Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DWIGHT D. EBARB,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

    Defendant.

Civil No. 3:06-cv-06009-MO

**AMENDED ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion for Approval, and counsel for Defendant having no objection, Order is hereby granted in the sum of $18,428.75 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $18,428.75 an administrative assessment under 42 USC 406(d) and pay Plaintiff's counsel the balance. Counsel shall refund the EAJA fee of $5734.29 awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this day of ~~January~~ Feb. 1st, 2008

                /s/ Michael W. Mosman
                U.S. District Judge

1 - AMENDED ORDER

PRESENTED BY:

By:    /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff

2 - AMENDED ORDER